Ricardo **FRAUSTO**, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 10–73564.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 13, 2012.

Erika Vejar, Esquire, Law Offices of Erika Vejar, San Dimas, CA, for Petitioner.

OIL, Rosanne Perry, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

### MEMORANDUM **

Ricardo Frausto, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Garcia v. Holder*, 621 F.3d 906, 912 (9th Cir.2010). We deny the petition for review.

The BIA did not abuse its discretion in denying Frausto's motion to reopen, where Frausto did not demonstrate that his son's birth certificate was unavailable at the time of his hearing, *see* 8 C.F.R. § 1003.2(c)(1), and the evidence he submitted regarding his father was insufficient to establish prima facie eligibility for relief, *see Garcia*, 621 F.3d at 912–13.

### PETITION FOR REVIEW DENIED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.